Robert J. WOJCINSKI, Plaintiff-Appellant,

v.

Arthur J. FOLEY and Arthur J. Foley, Jr., jointly and severally, Defendants-Appellees.

No. 297, Docket 28575.

United States Court of Appeals Second Circuit.

Argued Jan. 23, 1964.

Decided Jan. 23, 1964.

Robert J. Lord, Detroit, Mich., for plaintiff-appellant.

Gardner A. Callanen, Jr., Utica, N. Y., for defendants-appellees.

Before FRIENDLY and HAYS, Circuit Judges, and ANDERSON,* District Judge.

PER CURIAM.

We affirm in open court on the well-reasoned opinion of Judge Brennan. 226 F.Supp. 157.